Todd S. Cushner, Esq.  
Cushner & Associates PC  
*Attorneys for the Debtor*  
Cushner & Associates, P.C.  
399 Knollwood Road, Suite 205  
White Plains, New York 10603  
(914) 600-5502 / (914) 600-5544  
todd@cushnerlegal.com

DATE OF HEARING: JULY 7, 2020  
TIME OF HEARING: 2:00 P.M.

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
-------------------------------------------------------X  

IN RE:                                                   CHAPTER 13

CHRISTOPHER ORMSBY AND  
KAREN ORMSBY,                         CASE NO. 19-22997 (SHL)

                    DEBTOR  
-------------------------------------------------------X  

### NOTICE OF MOTION FOR AN ORDER APPROVING POST-PETITION AUTO PURCHASE BETWEEN THE DEBTOR'S AND LASORSA CHEVROLET

**PLEASE TAKE NOTICE**, that upon the annexed Motion of the debtor's, Christopher Ormsby and Karen Ormsby (the "Debtor's") by his attorneys Cushner & Associates, P.C, dated June 7, 2021, the undersigned will move before the Honorable Sean H. Lane, United States Bankruptcy Judge, Southern District of New York at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York, 10601 on **July 7, 2021 at 2:00 p.m.** for approval of a post-petition auto purchase between the Debtor's and LaSorsa Chevrolet.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, are to be served on the undersigned and filed at least seven (7) days before the hearing date. The objection and proof of service shall be filed and a courtesy copy shall be provided to chambers.

Dated: White Plains, New York  
         June 7, 2021

                                                         Respectfully submitted,

                              By"    */s/ Todd S. Cushner*  
                                         Todd S. Cushner, Esq.  
                                         Cushner & Associates, P.C.  
                                         *Attorneys for Debtor*  
                                         399 Knollwood Road, Suite 205  
                                         White Plains, New York 10603  
                                         (914) 600-5502 / (914) 600-5544  
                                         todd@cushnerlegal.com