**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

IN RE:                                                                  CHAPTER 13

CHRISTOPHER ORMSBY AND
KAREN ORMSBY,,                          CASE NO. 19-22997 (SHL)

                                  DEBTOR
-------------------------------------------------------X

## ORDER APPROVING PURCHASE AGREEMENT BETWEEN
## THE DEBTOR AND LASORSA CHEVROLET

Upon the motion of the above Debtors Christopher Ormsby and Karen Ormsby (the "Debtors"), by notice of hearing, seeking an order to approve lease agreement between the Debtor and LaSorsa Chevrolet (the "Motion"); and, after due and sufficient notice, good cause having been shown; amd the hearing being held on July 7, 2021 at 2:00p.m. and no adverse interest being represented, it is hereby

**ORDERED**, that the Motion is granted and Debtor may enter into the purchase agreement as attached as **Exhibit B** hereto.

Dated:  White Plains, New York
              _____, 2021


                                                 _____
                                                 HONORABLE SEAN H. LANE
                                                 UNITED STATES BANKRUPTCY JUDGE